UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANDRA CRISTOBAL,

        Plaintiff,

  v.

COPENHAVER et al,

        Defendant.

                                                  /

Case Number: CV07-04774 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sandra Cristobal 00505-298
DUBLIN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568

Dated: September 20, 2007

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk

                                                  *Cora Klein* (signature)