**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 10, 2007

Sandra Cristobal - 00505-298
Federal Prison Camp
5675 8th Street, Camp Parks
Dublin, CA 94568

SUBJECT:   Request for Payment of Docket Fee

**Title:** **SANDRA CRISTOBAL -v- COPENHAVER**
**Case Number:**   **CV 07-04774 VRW**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on October 1, 2007 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by:   Gwen Agid
**Case Systems Administrator**

**cc: U.S. Court of Appeals**