**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 13, 2007

CASE NUMBER:   **CV 07-04774 VRW**
CASE TITLE:    **SANDRA CRISTOBAL -v- COPENHAVER**
DATE MANDATE FILED:   12/10/2007

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*/s/ Gwen S. Agid*

by: Gwen Agid
Case Systems Administrator

Distribution:   CIVIL       -    Counsel of Record

                CRIMINAL   -    Counsel of Record
                                      U.S. Marshal (Copy of Mandate)
                                      U.S. Probation Office

NDC App-16